UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　CRIMINAL ACTION NO. 5:25-cr-00042-1

ROGER LEE COUSINS

**ORDER**

On August 27, 2025, all counsel and the Defendant appeared for a guilty plea hearing. Count Two charges the Defendant with knowingly and intentionally distributing a quantity of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1). [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on August 27, 2025. [ECF 37]. Objections in this case were due on September 15, 2025. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[ECF 37]** and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: September 29, 2025

Frank W. Volk
Chief United States District Judge